DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH GARDENS TOWING CORP.** d/b/a **GARDENS TOWING,**
Appellant,

v.

**PLATINUM AR SERVICES, INC.** d/b/a **FOREIGN CAR ENGINEERING,**
Appellee.

No. 4D21-1535

[November 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502019CA005688.

Robert M. Klein and Andrew M. Feldman of Klein, Park & Lowe, P.L., Miami, for appellant.

Steven M. Weiss of Law Offices of Steven M. Weiss, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***